**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

**Kelly Bland, Plaintiff,**

v.

**1st Texas Health & Life LLC, a Texas Limited Liability Company,**

**Aaron Hansome, an Individual,**

**and John Doe,**

**Defendants.**

**Case No. 4:24-cv-01022**

---

**DEFENDANT AARON HANSOME'S SUBMISSION OF BUSINESS COMPLIANCE DOCUMENTS**

**TO THE HONORABLE JUDGE REED C. O'CONNOR:**

As part of my personal defense in the above-referenced matter, I respectfully submit the following exhibits to demonstrate the compliance of **1st Texas Health & Life LLC** with applicable state requirements. These documents provide context for the allegations raised and support the position that both the company and I, as an individual, have acted in good faith and in accordance with legal obligations.

---

**NOTE REGARDING LEGAL REPRESENTATION:**

I have made every effort to secure legal representation for this matter. I have spoken to no fewer than five attorneys, most of whom declined to take the case due to its complexity. One attorney agreed to represent me but quoted a fee of $10,000—an amount my family cannot afford at this time. As a result, I am representing myself, pro se,

and have worked diligently to prepare a robust defense and counterclaim to the best of my ability.

---

**Exhibits Submitted**

**Exhibit L-1: Certificate of Account Status**

Issued by the Texas Comptroller of Public Accounts on January 17, 2025, this certificate confirms that **1st Texas Health & Life LLC** has filed all required tax reports and paid all taxes due under Title 2 of the Tax Code. The certificate is valid through December 31, 2025.

**Exhibit L-2: Certificate of Formation**

This document reflects the official formation of **1st Texas Health & Life LLC,** including details confirming its registration as a Texas Limited Liability Company.

**Exhibit L-3: Certificate of Filing**

This document verifies the successful filing of the formation documents with the Texas Secretary of State.

**Exhibit L-4: Application for Certificate of Formation**

A copy of the application submitted to the Texas Secretary of State for the formation of **1st Texas Health & Life LLC.**

**Exhibit L-5: EIN Confirmation Letter**

The Internal Revenue Service issued an Employer Identification Number (EIN) confirmation letter (CP 575 G Notice) on December 13, 2022, assigning EIN **92-1333358** to **1st Texas Health & Life LLC.**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this **21st day of January, 2025,** a true and correct copy of the foregoing document and accompanying exhibits were served upon:

**Kelly Bland**

Sent to Plaintiff's Email as Approved by the Court

**Aaron Hansome**

**222 N. Expressway, Suite 159**

**Brownsville, Texas 78521**

**Email: aaronmhansome@gmail.com**

**Phone: 619-289-7442**

---

**Respectfully submitted,**

*Aaron Hansome*    Verified by pdfFiller 01/21/2025    01/21/2025

**Aaron Hansome**

**Defendant, Pro Se**



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

January 17, 2025

1ST TEXAS HEALTH & LIFE LLC
222 N. EXPRESSWAY STE 159
BROWNSVILLE TX 78521-2258

## Certificate of Account Status

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, DO HEREBY
CERTIFY that according to the records of this office

**1ST TEXAS HEALTH & LIFE LLC**

has filed all required reports for taxes administered by the Comptroller under
Title 2, Tax Code, and taxes reported due on those reports have been paid. This
certificate is issued for the purpose of reinstating the entity's certificate or
registration in order to terminate the entity's existence or registration with
the Texas Secretary of State. You must file this certificate with the Texas
Secretary of State to legally reinstate and legally end the entity's existence
or registration in Texas. This certificate is not valid for any other purpose.

This certificate is valid through 12/31/2025.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 17th day of
January, 2025 A.D.

*[signature]*

Glenn Hegar
Texas Comptroller

Taxpayer number: 32087425065
File number: 0804830666

Form 05-398 (Rev. 1-15/3)



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State

December 11, 2022

Attn: Business Filings Incorporated

Business Filings Incorporated
8020 Excelsior Dr., Suite 200
Madison, WI 53717 USA

RE: 1st Texas Health & Life LLC
File Number: 804830666

It has been our pleasure to file the certificate of formation and issue the enclosed certificate of filing evidencing the existence of the newly created domestic limited liability company (llc).

Unless exempted, the entity formed is subject to state tax laws, including franchise tax laws. Shortly, the Comptroller of Public Accounts will be contacting the entity at its registered office for information that will assist the Comptroller in setting up the franchise tax account for the entity. Information about franchise tax, and contact information for the Comptroller's office, is available on their web site at https://window.state.tx.us/taxinfo/franchise/index.html.

The entity formed does not file annual reports with the Secretary of State. Documents will be filed with the Secretary of State if the entity needs to amend one of the provisions in its certificate of formation. It is important for the entity to continuously maintain a registered agent and office in Texas. Failure to maintain an agent or office or file a change to the information in Texas may result in the involuntary termination of the entity.

If we can be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555         Fax: (512) 463-5709         Dial: 7-1-1 for Relay Services
Prepared by: Stacey Ybarra    TID: 10285                   Document: 1203572460003

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

1st Texas Health & Life LLC
File Number: 804830666

The undersigned, as Deputy Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Limited Liability Company (LLC) has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Deputy Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 12/05/2022

Effective: 12/05/2022



Jose A. Esparza
Deputy Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555           Fax: (512) 463-5709           Dial: 7-1-1 for Relay Services
Prepared by: Stacey Ybarra      TID: 10306                    Document: 1203572460003      L3

L4

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

Filed in the Office of the
Secretary of State of Texas
Filing #: 804830666 12/05/2022
Document #: 1203572460003
Image Generated Electronically
for Web Filing

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**1st Texas Health & Life LLC**

### Article 2 – Registered Agent and Registered Office

☑ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Business Filings Incorporated**

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:
**701 Brazos Street, Ste. 720   Austin TX  78701**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **Aaron     Hansome**            Title: **Managing Member**
Address:  **641 E San Ysidro Blvd, B3328   San Ysidro  CA, USA  92173**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

L4

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:
403 Gilmer St
Sulphur Springs, TX 75482
USA

### Organizer

The name and address of the organizer are set forth below.
Aaron Hansome        641 E San Ysidro Blvd, B3328, San Ysidro , California 92173

### Effectiveness of Filing

☒ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Aaron Hansome**
Signature of Organizer

FILING OFFICE COPY

L4

```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0023
```
L5

Date of this notice:  12-13-2022

Employer Identification Number:
92-1333358

Form:  SS-4

Number of this notice:  CP 575 G

```
1ST TEXAS HEALTH & LIFE LLC
AARON HANSOME SOLE MBR
641 E SAN YSIDRO BLVD NUM B3328
SAN YSIDRO, CA   92173
```

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


          WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 92-1333358.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

     Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

     When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

     A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

     To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

L5

```
(IRS USE ONLY)      575G              12-13-2022  1STT  O  9999999999  SS-4
```

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is 1STT. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

```
                        Keep this part for your records.        CP 575 G (Rev. 7-2007)
```
--------------------------------------------------------------------------------

```
     Return this part with any correspondence
     so we may identify your account.  Please                          CP 575 G
     correct any errors in your name or address.
                                                                      9999999999


     Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE: 12-13-2022
     (     )       -                            EMPLOYER IDENTIFICATION NUMBER: 92-1333358
     _____   _____  FORM: SS-4                NOBOD



     INTERNAL REVENUE SERVICE                   1ST TEXAS HEALTH & LIFE LLC
     CINCINNATI   OH   45999-0023               AARON HANSOME SOLE MBR
     |.|.||.|.|..|.|.|.|..||..||.|.|.|          641 E SAN YSIDRO BLVD NUM B3328
                                                SAN YSIDRO, CA  92173
```