**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KELLY BLAND,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-01022-O-BP** |
| | § | |
| **1ST TEXAS HEALTH** | § | |
| **& LIFE LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**SHOW CAUSE ORDER**

On January 16, 2025, the Court ordered lead counsel for each party and any unrepresented party to confer and file a joint report regarding the contents of a scheduling order on or before February 19, 2025. ECF No. 26. As of the date of this Order, no party has filed the joint report required by the Court's Order.

It is therefore **ORDERED** that the parties **SHOW CAUSE** why they failed to comply with the Court's Order, or submit a joint report as provided in the January 16 Order, on or before **March 3, 2025**.

It is so **ORDERED** on February 24, 2025.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE