UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

**KELLY BLAND,**

Plaintiff,

v.

**1ST TEXAS HEALTH & LIFE LLC,**

**AARON HANSOME,**

Defendants.

**Case No.: 4:24-cv-01022**

---

**DEFENDANT AARON HANSOME'S PROPOSED SCHEDULING ORDER**

**TO THE HONORABLE JUDGE REED C. O'CONNOR AND MAGISTRATE JUDGE HAL R. RAY, JR.:**

Defendant Aaron Hansome, proceeding pro se, respectfully submits this Proposed Scheduling Order for the Court's consideration.

**1. Proposed Case Deadlines**

| Event | Proposed Deadline |
|---|---|
| **Initial Disclosures** (Rule 26(a)(1)) | March 15, 2025 |
| **Amendment of Pleadings & Joinder of Parties** | April 15, 2025 |
| **Plaintiff's Expert Disclosure Deadline** | May 15, 2025 |
| **Defendant's Expert Disclosure Deadline** | June 15, 2025 |
| **Discovery Cutoff** | August 1, 2025 |
| **Dispositive Motions Deadline** | September 1, 2025 |
| **Pretrial Disclosures** | October 1, 2025 |
| **Pretrial Conference** | October 15, 2025 |

| Trial Date | November 2025 (subject to Court availability) |

**2. Discovery Plan & Scope**

Defendant intends to conduct discovery to establish:

- **Plaintiff's History of Litigation and Financial Gain from TCPA Lawsuits**

    o   Plaintiff's prior TCPA settlements and lawsuits as they relate to a potential pattern of litigation for financial gain.

    o   Plaintiff's history of filing TCPA lawsuits and the potential use of the same phone number in over 20 cases.

    o   Plaintiff's reference to her extensive litigation history in demand letters and communications as a means of intimidation and coercion to extract settlements.

- **Use of a Single Phone Number Primarily for Litigation**

    o   Whether Plaintiff's phone number is primarily used for TCPA litigation rather than for personal purposes.

    o   Whether Plaintiff has redacted this phone number in multiple lawsuits, preventing transparency and raising concerns about its use as a litigation tool.

    o   Whether Plaintiff's phone number qualifies as a **business line**, rather than a residential line, making it ineligible for TCPA protections under **47 U.S. Code § 227**.

- **Plaintiff's Contact with Defendant**

    o   Whether Plaintiff used a different identity in her interactions with Defendant, failing to disclose her prior demands and prior involvement.

    o   Whether Plaintiff changed her last name due to marriage and resumed her threats months later under a different identity, without notifying Defendant of the name change, causing confusion and creating an undue burden.

    o   Whether Plaintiff used identical settlement demand verbiage to her sister Kimberly Starling, who also threatened Defendant in pursuit of a settlement, indicating a formulaic litigation model for financial gain.

- - Whether Plaintiff and her sister coordinated litigation tactics, as evidenced by identical wording in settlement demands and threats, raising concerns about **potential bad-faith litigation practices**.

### 3. Additional Considerations

- Defendant requests a reasonable discovery period given the complexity and importance of these issues.
- Defendant reserves the right to seek further discovery as new evidence emerges.

### 4. Conclusion

Defendant submits this proposed schedule in good faith and requests that the Court adopt it to allow for full and fair discovery.

**Respectfully submitted,**

*Aaron Hansome*

Aaron Hansome

Pro Se Defendant

641 E San Ysidro Blvd B 3328

San Ysidro, CA 92173

aaronmhansome@gmail.com

(619) 289-7442

### CERTIFICATE OF SERVICE

I certify that on **02/25/2025,** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Additionally, a copy of this document has been sent via email to **Plaintiff Kelly Bland at kellybland516@gmail.com**.

*Aaron Hansome*

Aaron Hansome

Pro Se Defendant