**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KELLY BLAND,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-01022-O-BP** |
| | § | |
| **1ST TEXAS HEALTH** | § | |
| **& LIFE LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defendant Aaron Hansome's Motion for Leave to File First Amended Counterclaims filed on April 10, 2025. ECF No. 50. It is unclear whether Plaintiff opposes the Motion. *Id.* Accordingly, Plaintiff shall file any response she might have to the Motion **on or before April 17, 2025**.

It is so **ORDERED** on April 14, 2025.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE