IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY BLAND,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>1ST TEXAS HEALTH  §<br>& LIFE LLC, *et al.*,  §<br>§<br>Defendants.  § | Civil Action No. 4:24-cv-01022-O-BP |

### ORDER

Before the Court is Defendant Aaron Hansome's Motion for Leave to File First Amended Counterclaims filed on April 10, 2025. ECF No. 50. The Court ordered Plaintiff to file any response she might have to the Motion on or before April 17, 2025, because it was unclear whether she opposed the Motion. ECF No. 51. On April 17, 2025, Plaintiff filed her response, not to Hansome's Motion for Leave, but to his Amended Counterclaims. ECF No. 52. The Court construes Plaintiff's response as one stating that she is unopposed to the Motion.

The Court **GRANTS** Hansome's First Motion for Leave to Amend Counterclaims (ECF No. 50). Accordingly, the Court **ORDERS** that Hansome's First Amended Counterclaims previously filed as ECF No. 50 at 2-9, is deemed filed on April 10, 2025, and the Clerk of Court shall note the filing on the docket sheet in this case.

It is so **ORDERED** on April 18, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE