IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY BLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01022-O-BP |
| | § | |
| 1ST TEXAS HEALTH | § | |
| & LIFE LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment against Defendant 1st Texas Health & Life LLC. ECF No. 27. On March 24, 2025, the Court set the Motion for a Hearing on April 22, 2025. *See* ECF No. 43.

However, after reviewing the pleadings and relevant case law, the Court finds that default judgment should not be entered against 1st Texas Health & Life LLC at this stage of the litigation. *See Stelax Indus., Ltd. v. Donahue,* No. 3:03-cv-923-M, 2004 WL 733844, at *11 (N.D. Tex. Mar. 25, 2004)("Moreover, '[w]here one of multiple defendants is in default, as a general rule, a decree of default may be entered, but a judgment is withheld pending a decision on the merits as to the other defendants.'")(citations omitted). Accordingly, the hearing set on April 22, 2025, on the pending motion is **CANCELLED**.

It is so **ORDERED** on April 18, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE