IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORHT DIVISON

| | | |
|---|---|---|
| **KELLY BLAND,** | § § § § § | |
| Plaintiff, | § § | Case No.: 4:24-cv-01022-O-BP |
| v. | § § § | |
| **1ST TEXAS HEALTH & LIFE LLC,** *et al.*, | § § § § | |
| Defendants. | § § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

  COMES NOW PLAINTIFF KELLY BLAND with her reply in response to Defendant Aaron Hansome's ("Hansome") Motion to Strike aspects of Plaintiff's April 17, 2025, filing referencing Defendant's past criminal history. ECF No. 52. Plaintiff is new to Pro Se litigation and erroneously thought Hansome's past history was relevant. Plaintiff now understands that Hansome's history has no bearing on the matter before the Court. Plaintiff apologizes to the Court and to Hansome. Plaintiff understands that any such references could prejudice a jury against Hansome and does not object to any references to past criminal history or licensing issues being stricken from the record.

  Per the Court's order, Plaintiff attempted to file this response on May 26, 2025. However, Plaintiff encountered technical issues.

1



Plaintiff could not manually submit the filing at the Courthouse because May 26, 2025, was a holiday. Plaintiff respects the Court and made every effort to reply on time to the Court's Oder.

May 27, 2025,                                        Respectfully,

                                                     /s/ Kelly Bland
                                                     _____
                                                     Kelly Bland
                                                     Plaintiff, Pro Se
                                                     709 FM 1187
                                                     Aledo, TX 76008
                                                     817-903-2161
                                                     Kellybland516@gmail.com