IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORHT DIVISON

| | |
|---|---|
| KELLY BLAND,  §§§§§ Plaintiff, §§ v. §§ 1ST TEXAS HEALTH & LIFE LLC, *et al.*, §§§§§ Defendants. § | Case No.: 4:24-cv-01022-O-BP |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

COMES NOW PLAINTIFF KELLY BLAND with her reply in response to Defendant Aaron Hansome's ("Hansome") Motion to Compel Discovery. Plaintiff has submitted responses to Defendant Hansome's Request for Admissions and Interrogatories. Plaintiff expects to submit responses to Defendant Hansome's Request for Production no later than May 30, 2025.

Per the Court's order, Plaintiff attempted to file this response on May 26, 2025. However, Plaintiff encountered technical issues.

1



Plaintiff could not manually submit the filing at the Courthouse because May 26, 2025, was a holiday. Plaintiff respects the Court and made every effort to reply on time to the Court's Oder.

May 27, 2025,                                           Respectfully,

                                                        /s/ Kelly Bland

                                                        Kelly Bland
                                                        Plaintiff, Pro Se
                                                        709 FM 1187
                                                        Aledo, TX 76008
                                                        817-903-2161
                                                        Kellybland516@gmail.com