June 18, 2025

**TO THE HONORABLE JUDGE REED C. O'CONNOR**

**AND HONORABLE MAGISTRATE JUDGE HAL R. RAY, JR.**

United States District Court

Northern District of Texas – Fort Worth Division

501 W. 10th Street, Room 310

Fort Worth, TX 76102


**Re: Bland v. 1st Texas Health & Life LLC, et al.**

**Civil Action No. 4:24-cv-01022-O-BP**


Dear Judge O'Connor and Judge Ray:

Defendant respectfully submits the enclosed Exhibit A-26 in support of Defendant's Preliminary Response to the Declaration of Wesley R. Newman, which was submitted on behalf of Plaintiff in this matter.

Exhibit A-26 consists of a non-exhaustive table of federal TCPA lawsuits known currently by Defendant to have been filed by Mr. Newman. These cases were located through available public records and are the only matters currently known to Defendant at the time of filing. While incomplete, the table demonstrates a consistent pattern of rapid, serial litigation by Mr. Newman,

often involving similar legal posture and settlement outcomes. This activity parallels conduct alleged against Plaintiff in the present case.

Additionally, Plaintiff and Mr. Newman appear to have worked together in at least one prior TCPA matter, further supporting the need for limited discovery into potential coordination, vendor overlap, or shared litigation tactics. Exhibit A-26 is submitted solely to assist the Court in evaluating the credibility and context of Mr. Newman's affidavit.

Respectfully submitted,

Aaron Hansome

*Aaron Hansome*

Verified by pdfFiller
06/17/2025

Pro Se Defendant

641 E San Ysidro Blvd, B3328

San Ysidro, CA 92173

aaronmhansome@gmail.com

(619) 289-7442

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| Kelly Bland, | § | |
|    Plaintiff, | § | |
| v. | § | Civil Action No. 4:24-cv-01022-O-BP |
| 1st Texas Health & Life LLC, et al., | § | |
|    Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I served a true and correct copy of the following document:

- Defendant's Exhibit A-26 (Table of Known TCPA Lawsuits Filed by Wesley R. Newman)

The document was served via email to:

Mrs. Kelly Bland

Pro Se Plaintiff

Email: kellybland516@gmail.com

Dated: June 18, 2025

Respectfully submitted,

/s/ Aaron Hansome

Aaron Hansome

Pro Se Defendant

641 E San Ysidro Blvd, B3328

San Ysidro, CA 92173

aaronmhansome@gmail.com

(619) 289-7442

**Exhibit A-26 – Written Summary of Known TCPA Cases Filed by Wesley R. Newman**

Below is a written summary of the known TCPA cases filed by Mr. Wesley R. Newman between 2020 and 2025, as reflected in Exhibit A-26. These cases suggest a discernible pattern of rapid litigation activity, frequent voluntary dismissals, and multiple unresolved or early procedural outcomes.

**1. Newman v. Quality One Inc. et al**

- **Court**: N.D. Illinois
- **Case No.**: 1:20-cv-01685
- **Filed**: 3/9/2020
- **Status**: Dismissed without prejudice
- **Notes**: Voluntarily dismissed approximately 4.5 months after filing, likely resolved by early settlement.

**2. Newman v. Benefytt Technologies, Inc. et al**

- **Court**: N.D. Illinois
- **Case No.**: 1:22-cv-04845
- **Filed**: 9/8/2022
- **Status**: Ongoing
- **Notes**: Stayed in part due to bankruptcy proceedings. No resolution yet.

**3. Newman v. Florida Insurance Services, Inc.**

- **Court**: N.D. Illinois
- **Case No.**: 1:23-cv-16980
- **Filed**: 12/21/2023
- **Status**: Dismissed with prejudice
- **Notes**: Settled quickly; dismissed approximately 5.5 months after filing.

**4. Newman v. My Lifetime Advisors, LLC et al**

- **Court**: N.D. Illinois
- **Case No.**: 1:23-cv-16981
- **Filed**: 12/21/2023
- **Status**: Dismissed with prejudice
- **Notes**: Dismissed one day after voluntary dismissal; total case duration approximately 6 months.

### 5. Newman v. DeMayo Law Offices, LLP et al

- **Court**: W.D. North Carolina
- **Case No.**: 3:25-cv-00042
- **Filed**: 1/21/2025
- **Status**: Ongoing
- **Notes**: Motion to dismiss has been filed; briefing is ongoing.

### 6. Newman v. Integrity Marketing Group, LLC

- **Court**: N.D. Illinois
- **Case No.**: 1:24-cv-03188
- **Filed**: 5/22/2024
- **Status**: Ongoing
- **Notes**: Fact discovery ordered; case is currently in active pretrial stage.

### 7. Newman v. Byron Udell & Associates, Inc. et al

- **Court**: N.D. Illinois
- **Case No.**: 1:24-cv-13267
- **Filed**: 12/27/2024
- **Status**: Ongoing
- **Notes**: Motion for extension of time filed; no resolution reported.

### 8. Newman v. Elite Agency LLC

- **Court**: S.D. Florida
- **Case No.**: 0:25-cv-60634
- **Filed**: 4/2/2025
- **Status**: Ongoing
- **Notes**: Defendant filed answer; no dismissal or settlement reported to date.

9. **Newman v. Kaila & Solomon Law Group LLC et al**

- **Court**: N.D. Georgia
- **Case No.**: 1:25-cv-01471
- **Filed**: 3/20/2025
- **Status**: Pending
- **Notes**: Answer deadline extended to June 27, 2025.

10. **Newman v. Powur, PBC**

- **Court**: N.D. Illinois
- **Case No.**: 1:25-cv-05769
- **Filed**: 5/22/2025
- **Status**: Pending
- **Notes**: Summons executed; status hearing set for July 25, 2025.

11. **Newman v. SelectQuote Insurance Services**

- **Court**: N.D. Illinois
- **Case No.**: 1:25-cv-05756
- **Filed**: 5/22/2025
- **Status**: Pending
- **Notes**: In initial procedural stage; status hearing scheduled for July 22, 2025.

| Case Name | Court | Case Number | Filed | Status | Notes |
|---|---|---|---|---|---|
| Newman v. Quality One Inc. et al | N.D. Illinois | 1:20-cv-01685 | 3/9/2020 | Dismissed without prejudice | Voluntarily dismissed ~4.5 months after filing, likely early settlement. |
| Newman v. Benefytt Technologies, Inc. et al | N.D. Illinois | 1:22-cv-04845 | 9/8/2022 | Ongoing | Stayed in part due to bankruptcy. No resolution yet. |
| Newman v. Florida Insurance Services, Inc. | N.D. Illinois | 1:23-cv-16980 | 12/21/2023 | Dismissed with prejudice | Settled quickly, dismissed ~5.5 months after filing. |
| Newman v. My Lifetime Advisors, LLC et al | N.D. Illinois | 1:23-cv-16981 | 12/21/2023 | Dismissed with prejudice | Dismissed one day after voluntary dismissal, ~6 months total. |
| Newman v. DeMayo Law Offices, LLP et al | W.D. North Carolina | 3:25-cv-00042 | 1/21/2025 | Ongoing | Motion to dismiss filed; briefing ongoing. |
| Newman v. Integrity Marketing Group, LLC | N.D. Illinois | 1:24-cv-03188 | 5/22/2024 | Ongoing | fact discovery ordered; case in active pretrial stage. |
| Newman v. Byron Udell & Associates, Inc. et al | N.D. Illinois | 1:24-cv-13267 | 12/27/2024 | Ongoing | Motion for extension of time filed. No resolution. |
| Newman v. Elite Agency LLC | S.D. Florida | 0:25-cv-60634 | 4/2/2025 | Ongoing | Defendant filed answer; no dismissal or settlement yet. |
| Newman v. Kaila & Solomon Law Group LLC et al | N.D. Georgia | 1:25-cv-01471 | 3/20/2025 | Pending | Answer deadline extended to June 27, 2025. |
| Newman v. Powur, PBC | N.D. Illinois | 1:25-cv-05769 | 5/22/2025 | Pending | Summons executed; status hearing set for July 25, 2025. |
| Newman v. SelectQuote Insurance Services | N.D. Illinois | 1:25-cv-05756 | 5/22/2025 | Pending | Initial procedural stage; status hearing July 22, 2025. |