IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

KELLY BLAND,

     Plaintiff,

v.

      Civil Action No. 4:24-cv-01022-O-BP

1ST TEXAS HEALTH & LIFE LLC, AARON HANSOME, et al.,

    Defendants.

**DEFENDANT'S MOTION FOR LEAVE TO CONTACT PRIOR DEFENDANTS, COUNSEL, OR WITNESSES IN PLAINTIFF'S RELATED TCPA LITIGATION**

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

**BEFORE THE HONORABLE REED O'CONNOR, U.S. DISTRICT JUDGE**
**AND THE HONORABLE HAL R. RAY, JR., U.S. MAGISTRATE JUDGE**

Defendant Aaron Hansome, appearing Pro Se, respectfully moves this Court for leave to conduct limited informal investigation by contacting prior defendants, counsel, or witnesses involved in other Telephone Consumer Protection Act ("TCPA") cases initiated by Plaintiff Kelly Bland. In support thereof, Defendant states as follows:

1.   This motion is brought under Federal Rule of Civil Procedure 26(b)(1), which allows discovery of any nonprivileged matter relevant to a party's claim or defense and proportional to the needs of the case. This request seeks permission to contact nonparties for the limited purpose of confirming whether Plaintiff's TCPA litigation history demonstrates patterned coordination, shared verbiage, repeated witnesses, or cottage-industry-like behavior relevant to defenses such as abuse of process, unclean hands, or civil extortion.

2.   Based on evidence obtained to date, including communications, language patterns, settlement tactics, and publicly filed pleadings, Defendant believes Plaintiff has coordinated or recycled litigation strategies with other serial TCPA litigants, including, but not limited to, her sister Kimberly Starling and Wes Newman. Notably, Plaintiff appeared alongside Newman in an evidentiary submission in Schwartz v. The Hall Insurance Group Inc., Case No. 1:23-cv-00374 (S.D. Ohio), in which the Honorable Judge Karen L. Litkovitz ultimately declined to admit their proffered evidence, raising concerns regarding the reliability or admissibility of such coordinated submissions.

3.   Several individuals have surfaced in this matter either as referenced witnesses or through Plaintiff's disclosures and communications. Notably, Wes Newman was disclosed by Plaintiff as having communicated with her concerning Defendant, despite also appearing in litigation coordinated with other serial plaintiffs.

4.   Defendant seeks leave to initiate contact with prior named defendants, their counsel, or known witnesses from Plaintiff's other cases to:

   (a) confirming repeated patterns in alleged calls, claim language, or vendor names;

   (b) collecting informal declarations regarding Plaintiff's settlement or discovery posture;

   (c) comparing timelines across overlapping TCPA complaints.

5.   Defendant commits to limiting such outreach to publicly identified parties, with a focus on clarifying shared litigation patterns or possible abuse of process. This motion does not request leave to subpoena or compel, but simply to contact for informal discussion or declaration.

6.   A conference email was sent to Plaintiff on June 25, 2025, referencing this motion and inviting discussion pursuant to Local Rule 7.1(b). Plaintiff did not provide consent. The relevant correspondence is reproduced on page 4 of this filing as part of the motion body for transparency and record-keeping.

7.   In light of Plaintiff's refusal to provide specific nonprivileged information regarding other TCPA claims, and given the similarity of litigation posture, this motion is made in good faith to support necessary discovery efforts and to reduce reliance on speculative or unverified facts.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to contact former defendants, attorneys, or witnesses associated with Plaintiff's prior TCPA cases for the purpose of informal inquiry or declaration gathering relevant to Defendant's defenses.

**Respectfully submitted,**

Aaron Hansome, Pro Se

*Aaron Hansome*

641 E San Ysidro Blvd. B3328

San Ysidro, CA 92173

(619) 289-7442

aaronmhansome@gmail.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2025, a true and correct copy of the foregoing document was served via email, pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, upon the following party:

**Kelly Bland**

Email: KellyBland516@gmail.com

Respectfully submitted,

/s/ Aaron Hansome

Aaron Hansome, Pro Se

641 E San Ysidro Blvd. B3328

San Ysidro, CA 92173

(619) 289-7442

aaronmhansome@gmail.com

Documented communications sent to Plaintiff Kelly Bland between June 25 and June 26, 2025, outlining Defendant's intent to respectfully contact parties from prior TCPA litigation for the limited purpose of factual investigation. Plaintiff did not provide consent.

