IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY BLAND, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:24-cv-01022-O-BP |
| | § |
| 1ST TEXAS HEALTH | § |
| & LIFE LLC, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court are Plaintiff's Motion for Judgment (ECF No. 73), filed on June 23, 2025, and Defendant Aaron Hansome's Motion to Strike Affirmative Defenses (ECF No. 76) and Motion for Leave to Contact Prior Defendants (ECF No. 77), filed on July 6, 2025. Hansome shall file his response to Plaintiff's Motion for Judgment **on or before July 14, 2025**, and Plaintiff shall file her responses to Hansome's Motions **on or before July 28, 2025**. Also by those dates, Hansome and Plaintiff shall file briefs that comply with the Local Civil Rules of the Northern District of Texas, specifically (1) Rule 7.1(d) and Rule 7.2 (which require certain materials be included in a brief). The Local Civil Rules of the Northern District of Texas can be accessed online at the following address: http://www.txnd.uscourts.gov/civil-rules.

The Court cautions the parties that failure to file their responses by the dates listed above may result in a ruling on the Motions without the responses.

It is so **ORDERED** on July 9, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE