UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLY BLAND** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | Civil Action No. 4:24-cv-01022-O-BP |
| **1ST TEXAS HEALTH AND LIFE LLC, et al.** | § § § § | |
| **Defendants.** | § | |

**PLAINTIFF'S MOTION TO COMPEL MEDIATION**

TO THE HONORABLE COURT:

NOW COMES now Plaintiff, Kelly Bland, and files this Motion to Compel Mediation and respectfully shows the Court as follows:

1. In Paragraph six of the Court's Scheduling order dated March 4, 2025, the court ordered that the Parties select a mediator and mediate before August 8, 2025.

2. Plaintiff has requested and Defendants refuse to select a mediator and schedule a mediation.

3. Plaintiff requests the court compel the Parties to mediation.

JULY 21, 2025

_____

Kelly Bland
Plaintiff, Pro Se
709 N. FM 1187

Suite 800 #60
Aledo, Tx 76008
817-903-2161
kellybland516@gmail.com

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she conferred with Defendants about this motion on July 18 and 21, 2025. The parties were unable to reach an agreement on this matter. Therefore, it is presented to the Court for determination.

/s/ Kelly Bland
Kelly Bland

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed today via the Court's CM/ECF System and served on all counsel of record pursuant to the Court's Notice of Electronic Filing and Local Rule 5.1(d).

Dated: July 21, 2025

/s/ Kelly Bland
Kelly Bland