UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLY BLAND** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | **Civil Action No. 4:24-cv-01022-O-BP** |
| **1ST TEXAS HEALTH AND LIFE LLC, et al.** | § § § § | |
| **Defendants.** | § | |

---

**PLAINTIFF'S RESPONSE TO MOTION TO STRIKE
AFFIRMATIVE DEFENSES**

---

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff responds to the Motion to Strike (ECF 76) all the affirmative defenses raised by Plaintiff (ECF 72) to Defendant's Counterclaim (ECF 54) and moves the court to deny the motion, and for other and further relief as the Court deems just and proper.

In support of this Response, Plaintiff submits Plaintiff's Brief in Support of Response to Motion to Strike dated July 23, 2025, which is being filed contemporaneously with this Response.

JULY 23, 2025



Kelly Bland
Plaintiff, Pro Se
709 N. FM 1187
Suite 800 #60
Aledo, Tx 76008
817-903-2161
kellybland516@gmail.com

### CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing was filed today via the Court's CM/ECF System and served on all parties pursuant to the Court's Notice of Electronic Filing and Local Rule 5.1(d).

Dated: July 23, 2025

      /s/ Kelly Bland
      Kelly Bland