IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KELLY BLAND,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:24-cv-01022-O-BP |
| § | |
| **1ST TEXAS HEALTH** § | |
| **& LIFE LLC,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## ORDER

Before the Court are Plaintiff's Motion to Compel Mediation, filed on July 21, 2025 (ECF No. 84) and Defendant Aaron Hansome's Motion for Extension of the Mediation Deadline and Response to Plaintiff's Moton to Compel Mediation (ECF No. 87). After reviewing the pleadings and applicable legal authorities, the Court **DENIES** the Motions as moot.

The Court **REFERS** this case to United States Magistrate Judge Jeffrey L. Cureton for a court-ordered settlement conference to be conducted on or before August 23, 2025. Judge Cureton will issue a separate order that specifies the date, time, means, and requirements for the settlement conference.

The Court **CANCELS** the hearing previously set on July 28, 2025, at 10:00 a.m. C.D.T.

It is so **ORDERED** on July 24, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE