UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLY BLAND | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:24-cv-01022-O-BP |
| 1ST TEXAS HEALTH AND LIFE LLC, et al. | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

In the matter of Case 4:24-cv-1022-O-BP Bland v. 1st Texas Health & Life LLC et al, both parties desire to resolve this dispute and voluntarily enter into this joint agreement. Plaintiff releases all claims and demands against Defendant and Defendant releases all claims and demands against Plaintiff. The parties have reached a mutual agreement and request that this case is dismissed with prejudice. It is hereby stipulated and agreed that the above captioned action is hereby dismissed with prejudice pursuant to Rule 41 (a) (1)(ii) of the federal rules of civil procedure, with each party to bear its own costs.

_____                    August 18, 2025
Plaintiff, Pro Se

Verified by pdfFiller
08/18/2025

_____                    August 18, 2025
Defendant, Pro Se